**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANN MAYO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 10-0014-CG-N** |
| | ) | |
| **ALLIED INTERNATIONAL CREDIT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the court on the plaintiff's unopposed motion to dismiss with prejudice. (Doc. 12)

Upon due consideration, the motion is hereby **GRANTED**, and all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear her or its own costs.

**DONE and ORDERED** this 16th day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE